IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED T. VANDAM, Trustee of<br>105 Holmes Avenue Realty Trust,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID M. MCSWEENEY, SR.,<br>Trustee of the MC Realty Trust,<br>ROCKLAND LEASE FUNDING CORP.,<br>UNITED STATES OF AMERICA,<br>GENERAL ELECTRIC COMMERCIAL<br>EQUIPMENT FINANCING,<br><br>        Defendants. | Civil No.<br><br>Formerly<br>Case No. 04-4389-F<br>Suffolk Co. Sup. Ct.<br><br>**04 12654 GAO** |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America. Attorney Stephen J. Turanchik will remain as lead counsel for the defendant in the above-captioned matter.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

By: /s/ Barbara Healy Smith
     BARBARA HEALY SMITH
     Assistant U.S. Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     (617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

12/20/04
/s/ Barbara Healy Smith
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED T. VANDAM, Trustee of 105 Holmes Avenue Realty Trust, <br><br> Plaintiff, <br><br> v. <br><br> DAVID M. MCSWEENEY, SR., Trustee of the MC Realty Trust, ROCKLAND LEASE FUNDING CORP., UNITED STATES OF AMERICA, GENERAL ELECTRIC COMMERCIAL EQUIPMENT FINANCING, <br><br> Defendants. | Civil No. <br><br> Formerly <br> Case No. 04-4389-F <br> Suffolk Co. Sup. Ct. <br><br> 04 12654 GAO |

NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
12/20/04
_Barbara Healy Smith_
Assistant U.S. Attorney

MICHAEL J. SULLIVAN
United States Attorney

_Stephen J. Turanchik_
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565