UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-12654 GAO

| | |
|---|---|
| FRED T. VANDAM, TRUSTEE OF 105 HOLMES AVENUE REALTY TRUST, <br><br>       Plaintiff, <br><br>vs. <br><br>DAVID M. MCSWEENEY, SR., TRUSTEE OF MC REALTY TRUST, ROCKLAND LEASE FUNDING CORP., UNITED STATES OF AMERICA and GENERAL ELECTRIC COMMERCIAL EQUIPMENT FINANCING, <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter our appearance on behalf of the Plaintiff, Fred T. Vandam, Trustee of 105 Holmes Avenue Realty Trust.

                                              Respectfully submitted,
                                              Plaintiff,
                                              By his attorneys,

                                              _____
                                              Kevin P. Scanlon, Esq.
                                              BBO #564978
                                              Randy J. Spencer, Esq.
                                              BBO #653879
                                              Barron & Stadfeld, P.C.
                                              100 Cambridge Street, Suite 1310
                                              Boston, MA 02114
                                              (617) 723-9800

Dated: December 29, 2004

## CERTIFICATE OF SERVICE

I, Randy J. Spencer, hereby certify that on December 29, 2004 I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to David J. Paliotti, Esq., Greenbaum, Nagel, Fisher & Hamelburg, 200 High Street, Boston, MA 02110, Eric A. Howard, Esq., Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA 01701, Philip S. Levoff, Esq., Law Offices of Philip S. Levoff, 1172 Beacon Street, Suite 202, Newton, MA 02461-1150 and Stephen J. Turanchik, Esq., Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Ben Franklin Station, Washington, DC 20044.

Randy J. Spencer

311046