IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

Docket No. 04-12654 GAO
Formerly Case No. 04-4389-F
Suffolk County Superior Court

| | |
|---|---|
| FRED T. VAN DAM, Trustee of 105 HOLMES AVENUE REALTY TRUST,<br>    Plaintiff<br><br>v.<br><br>DAVID M. MCSWEENEY, Trustee of MC REALTY TRUST; ROCKLAND LEASE FUNDING CORP.; UNITED STATES OF AMERICA; and GENERAL ELECTRIC COMMERCIAL EQUIPMENT FINANCING, a division of GENERAL ELECTRIC CAPITAL CORP.;<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant David M. McSweeney, Sr., Trustee of the MC Realty Trust, in the above-captioned matter.

Respectfully submitted,
by his attorneys,

_____
David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110
(617) 423-4300

## CERTIFICATE OF SERVICE

I, David J. Paliotti, Esquire, hereby certify that I have served a copy of the following document:

Notice of Appearance

upon:

Kevin P. Scanlon, Esquire
BARRON & STADFIELD
50 Staniford Street, Suite 200
Boston, MA 02114

Randy J. Spencer, Esquire
BARRON & STADFIELD, PC
50 Staniford Street, Suite 200
Boston, MA 02114

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Stephen J. Turanchik
U.S. Department of Justice
Trial Attorney, Tax Division
Post Office Box 55
Ben Franklin Station
Washington, DC 20044

Charles J. Domestico, Esquire
DOMESTICO & BARRY
The Meadows
161 Worcester Road
Framingham, MA 01701

Eric A. Howard, Esquire
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701

Philip S. Levoff, Esquire
1172 Beacon Street, Suite 202
Newton, MA 02461-1150

by causing a copy of the same to be mailed to them by first class mail, postage prepaid on this 18th day of January 2005.

David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110
(617) 423-4300