UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. **04-12654 GAO**

| | |
|---|---|
| FRED T. VAN DAM, Trustee of 105 HOLMES AVENUE REALTY TRUST,<br>    Plaintiff<br><br>vs.<br><br>DAVID M. MCSWEENEY, Trustee of MC REALTY TRUST; ROCKLAND LEASE FUNDING CORP; UNITED STATES OF AMERICA; and GENERAL ELECTRIC COMMERCIAL EQUIPMENT FINANCING, a division of GENERAL ELECTRIC CAPITAL CORP.,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE of APPEARANCE by PHILIP S. LEVOFF on BEHALF of DEFENDANT ROCKLAND LEASE FUNDING CORP.**

To the Clerk of the above-named Court:

    Please enter my appearance in this matter for Defendant Rockland Lease Funding Corp. Thank you.

Rockland Lease Funding Corp.<br>
Bt its Attorney:<br><br>
<br>
Philip S. Levoff, Esquire<br>
LAW OFFICES of PHILIP S. LEVOFF<br>
1172 Beacon Street, Suite 202<br>
Newton, MA 02461-1150<br>
(617) 332-0624<br>
BBO No. 297580

Dated: January 20, 2005

## CERTIFICATE of SERVICE

    I, Philip S. Levoff, of the firm LAW OFFICES OF PHILIP S. LEVOFF, hereby certify that I have this day served a copy of the foregoing **Notice of Appearance** upon the parties in interest set forth on the attached Service List

Dated: January 20, 2005

_____
Philip S. Levoff

Pleadings\Notice of Appearance-Rockland v VanDam-McSweeney

## Service List
## Docket No. 04-12654 GAO

Kevin P. Scanlon, Esquire
BARRON & STADFIELD, PC
50 Staniford Street, Suite 200
Boston, MA 02114

Clerk, Civil
Suffolk Superior Court
U.S. Post Office & Courthouse
90 Devonshire Street, 8th Floor
Boston, MA 02109

Charles J. Domestico, Esquire
DOMESTICO & BARRY
The Meadows
161 Worcester Road
Framingham, MA 01701

David J. Paliotti, Esquire
GREENBAUM, NAGEL, FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110

Randy J. Spencer, Esquire
BARRON & STADFIELD, PC
50 Staniford Street, Suite 200
Boston, MA 02114

Stephen J. Turnachik
U.S. Department of Justice
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Eric A. Howard, Esquire
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701

Rockland\Service List