UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654/GAO
Formerly Case No.: 04-4389-F
Suffolk County Superior Court

| | |
|---|---|
| FRED T. VANDAM, | ) |
| Plaintiff, | ) |
| vs. | ) |
| DAVID M. MCSWEENEY, SR., TRUSTEE OF MCREALTY TRUST, ROCKLAND LEASE FUNDING CORP., UNITED STATES OF AMERICA, AND GENERAL ELECTRIC COMMERCIAL EQUIPMENT FINANCING, a division of GENERAL ELECTRIC CAPITAL CORP. | ) |
| Defendants. | ) |

## AFFIDAVIT OF RANDY J. SPENCER

I, Randy J. Spencer, under oath duly depose and say the following:

1. I am an associate with the law firm of Barron & Stadfeld, P.C., which represents the plaintiff, Fred T. Vandam, in the above-captioned interpleader action.

2. A true and accurate copy of a billing memorandum has been annexed hereto, which was produced from Barron & Stadfeld, P.C.'s business records and which was created contemporaneously with the transactions in question and maintained in the regular course of business.

3. The attorneys' fees for the services rendered by Barron & Stadfeld, P.C. in connection with the above-captioned interpleader action as of February 18, 2005 are in the

amount of $4,027.20, as shown in the attached billing memorandum. In addition, Barron & Stadfeld, P.C. has incurred costs, including the filing fee, costs of summons and constable's fees, of $553.20. Barron & Stadfeld, P.C. anticipates providing an additional $500.00 in services to the plaintiff in this matter.

    4.    Barron & Stadfeld, P.C. has received no compensation or reimbursement for the above fees and expenses from any source.

Signed under the penalties of perjury this 22nd day of February, 2005.

_____
Randy J. Spencer

315392

Date 02/18/05     BARRON & STADFELD, P.C. - Barron & Stadfeld     Page 8
Billing Memorandum Summary
Thru 02/18/05

**Client** 020973 FRED T. VANDAM     Billing Attorney    0008 THOMAS V. BENNETT
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE,     Originating Attorney    0008 THOMAS V. BENNETT
DORCHESTER     Responsible Attorney    0246 RANDY J. SPENCER

25 HIGHFIELD ROAD
ROSLINDALE, MA 02131

Date Opened: 10/04/04     Contact: (617) 327-0435
Type of Law: 070 - LITIGATION-HOURLY     Comment:

| Unbilled | | | | | Fees | Disb |
|---|---|---|---|---|---|---|
| Fees | 4,027.20 | | | Last entry | 02/17/05 | 02/09/05 |
| Disb | 553.20 | | | Billed Thru | / / | / / |
| Total | 4,580.40 | | | Last Bill Date | / / | / / |
| Retainer | 0.00 | | | Bill Amount | 0.00 | 0.00 |
| Net Unbilled | 4,580.40 | | | Last Payment | / / | 0.00 |
| Open A/R | 0.00 | | | YTD Billed | 0.00 | 0.00 |
| Total Investment | 4,580.40 | | | YTD Paid | 0.00 | 0.00 |
| | | | | Total Billed | 0.00 | 0.00 |
| | | | | Total Paid | 0.00 | 0.00 |
| Matter GL Balance: | CTF-IOLTA CENTURY BANK AND TRUST CO. | | 60222.04 | | | |

| Attorney | Time | Value | Disbursement Class | Amount |
|---|---|---|---|---|
| 0183 KEVIN P. SCANLON | 4.80 | 1,152.00 | 002 COURT COSTS | 295.00 |
| 0240 RACHEL D. BAIME | 5.07 | 811.20 | 003 CONSTABLE/SHERIFFS FEES | 37.00 |
| 0246 RANDY J. SPENCER | 12.90 | 2,064.00 | 007 PHOTOSTATS | 173.40 |
| | | | 010 POSTAGE | 41.80 |
| | | | 023 FACSIMILE | 6.00 |
| Totals | 22.77 | 4,027.20 | Total | 553.20 |

                                 Fees                  Disbursements

Amount to be Billed    _____    _____

Amount to be Relieved    _____    _____

Amount to be Anticipated    _____    _____

Amount to be Applied from Retainer    _____    _____

| Date 02/18/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld<br>Billing Memorandum<br>Thru 02/18/05 | Page 1 |
|---|---|---|

Client  020973 FRED T. VANDAM  
Matter 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER  

Billing Attorney       0008 THOMAS V. BENNETT  
Originating Attorney   0008 THOMAS V. BENNETT  
Responsible Attorney   0246 RANDY J. SPENCER  

25 HIGHFIELD ROAD  
ROSLINDALE, MA 02131  

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 09/30/04 | 0240 RACHEL D. BAIME | 0.37 | 160 | 59.20 | CONFERENCE WITH RANDY SPENSER REGARDING INTERPLEADER. TELEPHONE CALL TO COUNSEL FOR MCSWEENEY |
| 09/30/04 | 0240 RACHEL D. BAIME | 0.10 | 160 | 16.00 | CONFERENCE WITH MICHELLE GREENOUGH REGARDING CLIENT INVOICES |
| 09/30/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY PERLOTTI (MCSWEENEY) REGARDING SURPLUS |
| 09/30/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO PHIL LEVOR (ROCKLAND) REGARDING SURPLUS |
| 09/30/04 | 0246 RANDY J. SPENCER | 1.00 | 160 | 160.00 | REVIEW FILE IN PREPARATION FOR INTERPLEADER, TITLE, ETC. |
| 09/30/04 | 0246 RANDY J. SPENCER | 1.50 | 160 | 240.00 | DRAFT INTERPLEADER COMPLAINT |
| | Total For Month | 3.17 | | 507.20 | |
| 10/07/04 | 0240 RACHEL D. BAIME | 4.60 | 160 | 736.00 | REVIEW ACCOUNTING FOR AMENDMENT TO INTERPLEADER ACTION |
| 10/07/04 | 0246 RANDY J. SPENCER | 1.30 | 160 | 208.00 | REVIEW PAYOFF FOR PROPER SURPLUS BREAKDOWN |
| 10/07/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | DRAFT AMENDED COMPLAINT RE: SURPLUS AMOUNTS |
| 10/07/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | LETTER TO COURT RE: AMENDED COMPLAINT |
| 10/08/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVISE COMPLAINT |
| 10/08/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM JOE P. (PLAINTIFF/OR MCSWEENEY) RE: STATUS |
| 10/13/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW LETTER FROM ATTORNEY LEVOFF REGARDING SURPLUS |
| 10/14/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | DISCUSSION/MEETING WITH RACHEL D. BAIME REGARDING FEDERAL TAX LIEN |
| 10/14/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVISE AMENDED COMPLAINT REGARDING FEDERAL TAX LIEN |
| 10/19/04 | 0183 KEVIN P. SCANLON | 0.70 | 240 | 168.00 | REVIEW COMPLAINT RE BARRON & STADFELD REACH AND APPLY DEFENDANT AND SURPLUS FUNDS; TELEPHONE TO PLAINTIFF'S COUNSEL RE PRELIMINARY INJUNCTION HEARING; CONFERENCE WITH THOMAS V. BENNETT RE SAME |
| 10/20/04 | 0183 KEVIN P. SCANLON | 0.60 | 240 | 144.00 | LETTER TO ATTORNEY DOMESTICO RE INTERPLEADER ACTION AND REACH AND APPLY DEFENDANT; CONFERENCE WITH EDWARD E. KELLY RE SAME; ORGANIZE FILE; CALENDAR COURT DATES FOR REACH AND APPLY PRELIMINARY INJUNCTION HEARING RE G. E. CAPITAL'S COMPLAINT; REVIEW PRAYERS FOR RELIEF RE SURPLUS FUNDS |

Date 02/18/05     BARRON & STADFELD, P.C. - Barron & Stadfeld     Page 2
Billing Memorandum
Thru 02/18/05

**Client** 020973 FRED T. VANDAM     Billing Attorney    0008 THOMAS V. BENNETT
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER     Originating Attorney    0008 THOMAS V. BENNETT
    Responsible Attorney    0246 RANDY J. SPENCER

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 10/20/04 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | REVIEW AND EDIT LETTER TO ATTORNEY DOMESTICO |
| 10/20/04 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | TELEPHONE FROM DEFENDANT'S COUNSEL RE REACH AND APPLY ACTION |
| 10/25/04 | 0183 KEVIN P. SCANLON | 0.80 | 240 | 192.00 | TELEPHONE TO AND CONFERENCE WITH ATTORNEY ERIC HOWARD; REVIEW AND EDIT COMPLAINT; LETTER TO CLERK'S OFFICE, REVIEW FILE; ASSEMBLE ATTACHMENTS |
| 10/25/04 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | LETTER TO ATTORNEY HOWARD RE AMENDED COMPLAINT |
| 10/28/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW TRACKING ORDER |
| 10/29/04 | 0183 KEVIN P. SCANLON | 0.50 | 240 | 120.00 | TELEPHONE CALLS TO DEFENDANTS' ATTORNEYS REGARDING ACCEPTANCE OF SERVICE OF PROCESS; LETTERS TO SAME |
| 10/29/04 | 0183 KEVIN P. SCANLON | 0.50 | 240 | 120.00 | CONFERENCE WITH RANDY J. SPENCER AND JOSEPH G. BUTLER RE IRS HEARING AND PRIORITY OF CLAIM; LETTERS TO ATTORNEYS RE SAME AND TELEPHONE TO ATTORNEYS RE ACCEPTANCE OF SERVICE |
| | Total For Month | 11.00 | | 2,048.00 | |
| 11/09/04 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | TELEPHONE TO ATTORNEY ERIC HOWARD; REVIEW CORRESPONDENCE FROM ATTORNEY PALIOTTI RE AMENDING NAME OF PLAINTIFF; CONFERENCE WITH THOMAS V. BENNETT RE SAME; REVIEW FILE |
| 11/10/04 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | TELEPHONE TO ATTORNEY HOWARD RE REACH AND APPLY ACTION |
| 11/11/04 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | TELEPHONE FROM AND CONFERENCE WITH ATTORNEY PALLIOTI RE STATUS |
| 11/23/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW FINAL DEMAND FOR PAYMENT FROM IRS |
| 11/23/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVIEW FILE REGARDING IRS FINAL NOTICE DEMAND FOR PAYMENT |
| 11/23/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO LEO GOODWIN (IRS) REGARDING FINAL DEMAND FOR PAYMENT |
| 11/29/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM LEO GOODWIN REGARDING STATUS/IRS DEMAND FOR PAYMENT |
| 11/29/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | MEMO - CONVERSATION WITH LEO GOODWIN |
| 11/29/04 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | LETTER TO IRS REGARDING INTERPLEADER |
| | Total For Month | 1.90 | | 352.00 | |

| | | | |
|---|---|---|---|
| Date 02/18/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld<br>Billing Memorandum<br>Thru 02/18/05 | | Page 3 |

**Client** 020973 FRED T. VANDAM  
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER

Billing Attorney     0008 THOMAS V. BENNETT  
Originating Attorney     0008 THOMAS V. BENNETT  
Responsible Attorney     0246 RANDY J. SPENCER

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 12/02/04 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | TELEPHONE TO AND CONFERENCE WITH ATTORNEY HOWARD RE STATUS OF SETTLEMENT WITH MCSWEENEY; REVIEW FAX FROM ATTORNEY PALIOTTI; CONFERENCE WITH RANDY J. SPENCER RE STATUS |
| 12/02/04 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | LETTER TO LEO GOODWIN REGARDING UNDERSTANDING OF LEVY ON HOLD |
| 12/03/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY D. PALLIOTTI REGARDING SECOND AMENDED COMPLAINT |
| 12/03/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO SUFFOLK SHERIFF'S OFFICE CONFIRMING SERVICE TO U.S. ATTORNEY M. SULLIVAN |
| 12/03/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO JOHN CARROLL REGARDING COMPLAINT |
| 12/06/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW PROOF OF SERVICE |
| 12/08/04 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | TELEPHONE TO AND FROM IRS RE STATUS OF INTERPLEADER; CONFERENCE WITH RANDY J. SPENCER RE SAME |
| 12/10/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW PROOF OF SERVICE TO U.S. FILED WITH COURT |
| 12/22/04 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | RECEIVE AND REVIEW USA'S NOTICE OF REMOVAL AND DOCUMENTS |
| 12/28/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ATTORNEY ERIC HOWARD REGARDING STIPULATION OF DISMISSAL REGARDING REACH AND APPLY |
| 12/29/04 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | DRAFT NOTICE OF APPEARANCE |
| | Total For Month | 1.90 | | 352.00 | |
| 01/03/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW NOTICE OF APPEAL FILED WITH COURT |
| 01/13/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ERIC HOWARD (GE) REGARDING REACH AND APPLY AND ACCEPTANCE OF SERVICE |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW LETTER FROM PALLIOTTI REGARDING MOTION TO DISMISS |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.90 | 160 | 144.00 | DRAFT ASSENTED TO MOTION TO AMEND |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO PHIL LEVOFF REGARDING ASSENTED TO MOTION |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO STEVE TURANCHKL REGARDING ASSENT TO MOTION |

Date 02/18/05  BARRON & STADFELD, P.C. - Barron & Stadfeld  Page 4
Billing Memorandum
Thru 02/18/05

**Client** 020973 FRED T. VANDAM  
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER

Billing Attorney    0008 THOMAS V. BENNETT  
Originating Attorney 0008 THOMAS V. BENNETT  
Responsible Attorney 0246 RANDY J. SPENCER

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 01/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO ERIC HOWARD REGARDING ASSENT TO MOTION |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO DAVID PALLIOTTI REGARDING ASSENT TO MOTION |
| 01/20/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | DRAFT AMENDED COMPLAINT |
| 01/21/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM STEVE TURNACHIK REGARDING ASSENT TO MOTION |
| 01/21/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW NOTICE OF APPEARANCE - PALLIOTTI |
| 01/27/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL TO/FROM ERIC HOWARD REGARDING ASSENTED TO MOTION TO AMEND COMPLAINT |
| | Total For Month | 2.40 | | 384.00 | |
| 02/11/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW ASSENTED TO MOTION TO AMEND COMPLAINT FILED IN COURT |
| 02/11/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVIEW FILE FOR STATUS |
| 02/11/05 | 0246 RANDY J. SPENCER | 1.20 | 160 | 192.00 | DRAFT MOTION FOR LEAVE TO MAKE DEPOSIT AND AWARD OF ATTORNEY'S FEES |
| 02/14/05 | 0246 RANDY J. SPENCER | 0.60 | 160 | 96.00 | DRAFT RANDY J. SPENCER AFFIDAVIT |
| 02/17/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM ATTORNEY BOOK (EXECUTION AGAINST D. MCSWEENEY) REGARDING STATUS |
| | Total For Month | 2.40 | | 384.00 | |
| | Total Unbilled Time | 22.77 | | 4,027.20 | |

**** Attorney Summary ****

| Attorney | Last Diary | Last Entry | Prior Time | Prior Value | Current Time | Current Value | Total Time | Total Value |
|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Date 02/18/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld<br>Billing Memorandum<br>Thru 02/18/05 | Page 5 |

**Client** 020973 FRED T. VANDAM
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER

Billing Attorney    0008 THOMAS V. BENNETT
Originating Attorney    0008 THOMAS V. BENNETT
Responsible Attorney    0246 RANDY J. SPENCER

**** Attorney Summary ****

| Attorney | Last Diary | Last Entry | Prior Time | Prior Value | Current Time | Current Value | Total Time | Total Value |
|---|---|---|---|---|---|---|---|---|
| 0183 KEVIN P. SCANLON | 02/16/05 | 12/08/04 | 4.80 | 1,152.00 | | | 4.80 | 1,152.00 |
| 001 Partner Totals | | | 4.80 | 1,152.00 | | | 4.80 | 1,152.00 |
| 0240 RACHEL D. BAIME | 02/16/05 | 10/07/04 | 5.07 | 811.20 | | | 5.07 | 811.20 |
| 0246 RANDY J. SPENCER | 02/17/05 | 02/17/05 | 10.50 | 1,680.00 | 2.40 | 384.00 | 12.90 | 2,064.00 |
| 002 Associate Totals | | | 15.57 | 2,491.20 | 2.40 | 384.00 | 17.97 | 2,875.20 |
| Totals | | | 20.37 | 3,643.20 | 2.40 | 384.00 | 22.77 | 4,027.20 |

**** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 002 COURT COSTS | 10/04/04 | 0246 RJS | Vendor 86604: SUFFOLK COUNTY SUPERIOR COURT, Voucher 68017 FILING FEE | 285.00 |
| | 10/28/04 | 0179 SPO | Vendor 86604: SUFFOLK COUNTY SUPERIOR COURT, Voucher 68855 SUMMONSES | 10.00 |
| | | | 002 COURT COSTS Total | 295.00 |
| 003 CONSTABLE/SHERIFFS FEES | 12/01/04 | 0246 RJS | Vendor 86603: SUFFOLK COUNTY SHERIFF'S DEPT., CIVIL PROCESS DIV, Voucher 70663 20973-30 | 37.00 |
| | | | 003 CONSTABLE/SHERIFFS FEES Total | 37.00 |

| Date 02/18/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld<br>Billing Memorandum<br>Thru 02/18/05 | Page 6 |
|---|---|---|

**Client** 020973 FRED T. VANDAM  
**Matter** 000030 INTERPLEADER-105 HOLMES AVENUE, DORCHESTER

Billing Attorney     0008 THOMAS V. BENNETT  
Originating Attorney 0008 THOMAS V. BENNETT  
Responsible Attorney 0246 RANDY J. SPENCER

**** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 007 PHOTOSTATS | 10/20/04 | | 9850 - 8Copies | 1.20 |
| | 10/20/04 | | 9850 - 2Copies | 0.30 |
| | 10/20/04 | | 9850 - 20Copies | 3.00 |
| | 10/25/04 | | 4064 - 340Copies | 51.00 |
| | 10/28/04 | | 9850 - 3Copies | 0.45 |
| | 10/28/04 | | 9850 - 1Copies | 0.15 |
| | 10/28/04 | | 9850 - 42Copies | 6.30 |
| | 10/28/04 | | 4064 - 225Copies | 33.75 |
| | 10/29/04 | | 9850 - 8Copies | 1.20 |
| | 10/29/04 | | 9850 - 2Copies | 0.30 |
| | 10/29/04 | | 9850 - 12Copies | 1.80 |
| | 11/03/04 | | 9850 - 4Copies | 0.60 |
| | 11/03/04 | | 9850 - 7Copies | 1.05 |
| | 11/03/04 | | 9850 - 6Copies | 0.90 |
| | 11/03/04 | | 9850 - 2Copies | 0.30 |
| | 11/03/04 | | 9850 - 6Copies | 0.90 |
| | 11/03/04 | | 9850 - 4Copies | 0.60 |
| | 11/04/04 | | 9850 - 6Copies | 0.90 |
| | 11/04/04 | | 9850 - 1Copies | 0.15 |
| | 11/04/04 | | 9850 - 8Copies | 1.20 |
| | 11/29/04 | | 7994 - 7Copies | 1.05 |
| | 12/08/04 | | 2926 - 8Copies | 1.20 |
| | 12/29/04 | | 2926 - 17Copies | 2.55 |
| | 02/09/05 | | 2926 - 26Copies | 3.90 |
| | 02/09/05 | | 2926 - 1Copies | 0.15 |
| | 02/09/05 | | 2926 - 5Copies | 0.75 |
| | 02/09/05 | | 4064 - 385Copies | 57.75 |
| | | | 007 PHOTOSTATS Total | 173.40 |
| 010 POSTAGE | 10/29/04 | 0183 KPS | PALOTTI | 3.85 |
| | 11/03/04 | 0183 KPS | SUFFOLK | 3.85 |
| | 11/04/04 | 0183 KPS | HOWARD | 3.85 |
| | 02/09/05 | 0246 RJS | VARIOUS | 30.25 |
| | | | 010 POSTAGE Total | 41.80 |

Date 02/18/05                               BARRON & STADFELD, P.C. - Barron & Stadfeld                                           Page 7
                                                      Billing Memorandum
                                                         Thru 02/18/05

Client  020973 FRED T. VANDAM                           Billing Attorney        0008 THOMAS V. BENNETT
Matter  000030 INTERPLEADER-105 HOLMES AVENUE,          Originating Attorney    0008 THOMAS V. BENNETT
               DORCHESTER                               Responsible Attorney    0246 RANDY J. SPENCER

**** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 023 FACSIMILE | 10/29/04 | | 9850 - 5Pages | 6.00 |
| | | | 023 FACSIMILE Total | 6.00 |
| Total Unbilled Disbursement | | | | 553.20 |

**** Disbursement Summary ****

| Class | Prior | Current | Total |
|---|---|---|---|
| 002 COURT COSTS | 295.00 | | 295.00 |
| 003 CONSTABLE/SHERIFFS FEES | 37.00 | | 37.00 |
| 007 PHOTOSTATS | 110.85 | 62.55 | 173.40 |
| 010 POSTAGE | 11.55 | 30.25 | 41.80 |
| 023 FACSIMILE | 6.00 | | 6.00 |
| Totals | 460.40 | 92.80 | 553.20 |

Total Time        4,027.20
Matter Total      4,580.40