```
                    UNITED STATES OF DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS

FRED T. VAN DAM                         )
                                        )
        Plaintiff,                      )
                                        )   Case No. 04-12654-RGS
        v.                              )
                                        )
DAVID M. MCSWEENEY,                     )
Trustee of MC Realty Trust;             )
ROCKLAND LEASE FUNDING CORP.;           )
UNITED STATES OF AMERICA; and           )
GENERAL ELECTRIC COMMERCIAL             )
EQUIPMENT FINANCING,                    )
                                        )
        Defendants.                     )
```

## UNITED STATES' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

D. Patrick Mullarkey is the Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice, and has settlement authority in the above-captioned case.

Stephen J. Turanchik is the Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (2) to consider the resolution of the litigation

through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
D. PATRICK MULLARKEY
Chief, Civil Trial Section
Northern Region, Tax Division
U.S. Department of Justice

_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

Certificate of Service

    I hereby certify that a true copy of this United States' Certification under Local Rule 16.1(D)(3) was served upon the following by regular mail, prepaid postage on this **28th** day of April, 2005.

| | |
|---|---|
| Randy Spencer, Esq.<br>Barron & Stadfeld, P.C.<br>100 Cambridge Street, Suite 1310<br>Boston, MA 02114 | Phillip S. Levoff, Esq.<br>1172 Beacon Street, Suite 202<br>Newton, MA 02461 |
| David J. Paliotti, Esq.<br>Greenbaum Nagel Fisher &<br>Hamelburg<br>200 High Street<br>Boston, MA 02110 | Eric A. Howard, Esq.<br>Domestico, Lane & McNamara LLP<br>161 Worcester Road<br>Framingham, MA 01701 |

_/s/ Stephen J. Turanchik_
STEPHEN J. TURANCHIK
U.S. Department of Justice
Tax Division, Northern Region