UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

5/3/05

| | |
|---|---|
| FRED T. VAN DAM,<br>Plaintiff<br><br>v.<br><br>DAVID M. MCSWEENEY,<br>Trustee of MC Realty Trust;<br>ROCKLAND LEASE FUNDING<br>CORP.; UNITED STATES OF<br>AMERICA; and GENERAL<br>ELECTRIC COMMERCIAL<br>EQUIPMENT FINANCING,<br>Defendants | Case No. 04-12654-RGS |

## UNITED STATES' CERTIFICATION UNDER
## LOCAL RULE 16.1 (D) (3)

David M. McSweeney, Trustee of MC Realty Trust, by his attorney, David J. Paliotti, submits the following pursuant to Local Rule 16.1 (D) (3).

The undersigned hereby affirms that he has conferred with Mr. McSweeney (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110
(617) 423-4300

## CERTIFICATE OF SERVICE

I, David J. Paliotti, Esquire, hereby certify that a true copy of this United States' Certification under Local Rule 16.1 (D) (3) was served upon the following by regular mail, prepaid postage on this 2nd day of May, 2005:

Randy J. Spencer, Esquire
BARRON & STADFIELD, P.C.
100 Cambridge Street, Suite 1310
Boston, MA 02114

Eric A. Howard, Esquire
DOMESTICO, LANE & MCNAMARA, LLP
161 Worcester Road
Framingham, MA 01701

Philip S. Levoff, Esquire
1172 Beacon Street, Suite 202
Newton, MA 02461-1150

Stephen J. Turanchik
Trial Attorney, Tax Division
U.S. Dept. of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

David J. Paliotti, Esquire
BBO No. 547501
GREENBAUM, NAGEL,
FISHER & HAMELBURG
200 High Street, 4th Floor
Boston, MA 02110
(617) 423-4300