UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654 RGS

| | |
|---|---|
| FRED T. VANDAM,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID M. MCSWEENEY,<br>TRUSTEE OF MCREALTY TRUST,<br>ROCKLAND LEASE FUNDING CORP.,<br>UNITED STATES OF AMERICA, AND<br>GENERAL ELECTRIC COMMERCIAL<br>EQUIPMENT FINANCING, a division of<br>GENERAL ELECTRIC CAPITAL CORP.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF/Defendant-in-Counterclaim, FRED T. VANDAM'S, MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS OF THE DEFENDANT/Plaintiff-in-Counterclaim, DAVID M. MCSWEENEY, TRUSTEE OF MCREALTY TRUST'S <u>COUNTERCLAIM</u>**

Pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, Plaintiff/Defendant-in-Counterclaim Fred T. Vandam ("Vandam"), moves the Court to enter judgment in favor of Vandam and against Defendant/Plaintiff-in-Counterclaim David M. McSweeney, Trustee of McRealty Trust, (McSweeney), because there exists no genuine issue of material fact to be tried and Vandam is entitled to judgment as a matter of law.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law in Support of its Motion for Summary Judgment.

1

Respectfully submitted,
FRED T. VANDAM
By his attorneys,

BARRON & STADFELD P.C.

_____
Kevin P. Scanlon, BBO: 564978
Randy J. Spencer, BBO: 653879
100 Cambridge Street
Boston, MA 02114

2

CERTIFICATE OF SERVICE.

I, Randy J. Spencer, hereby certify that on August 16, 2005 I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to

>David M. McSweeney
>105 Homes Avenue
>Dorchester, MA 02010

>Eric A. Howard, Esq.
>Domestico, Lane & McNamara, LLP
>The Meadows
>161 Worcester Road
>Framingham, MA 01701

>Philip S. Levoff, Esq.
>Law Offices of Philip S. Levoff
>1172 Beacon Street, Suite 202
>Newton, MA 02461-1150

>Stephen J. Turanchik, Esq.
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 55
>Ben Franklin Station
>Washington, DC 20044

>Barbara Healy Smith, Esq.
>Assistant U.S. Attorney
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210

Randy J. Spencer

[331118]