UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654-RGS

|  |  |
|---|---|
| FRED T. VANDAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID M. MCSWEENEY, | ) |
| TRUSTEE OF MCREALTY TRUST, | ) |
| ROCKLAND LEASE FUNDING CORP., | ) |
| UNITED STATES OF AMERICA, AND | ) |
| GENERAL ELECTRIC COMMERCIAL | ) |
| EQUIPMENT FINANCING, a division of | ) |
| GENERAL ELECTRIC CAPITAL CORP. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF/Defendant-in-Counterclaim, FRED T. VANDAM'S,
MEMORANDUM IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

I.    BACKGROUND

The Plaintiff/Defendant-in Counterclaim, Fred T. Vandam ("Plaintiff"), moves this

Honorable Court to enter Summary Judgment in its favor on all counts of the Defendant, David

M. McSweeney, Trustee of McRealty Trust's ("Defendant") Counterclaims. Specifically, the

Plaintiff moves for Summary Judgment as to Count I (Breach of Contract); Count II (Violation

of G.L. c. 244, §§20 & 36); Count III (Usury); Count IV (Violation of Implied Covenant of

Good Faith and Fair Dealing); and Count V (Violation of G.L. c. 93A) of Defendant's

Counterclaims pursuant to Fed.R.Civ.P. 56. In support, the Plaintiff states the following.

## II.    STATEMENT OF UNDISPUTED FACTS

1.      On or about April 24, 2004, the Plaintiff, as first mortgagee, sold by foreclosure auction sale a certain parcel of real property located and known as 105 Homes Ave., Dorchester, Suffolk County, Massachusetts ("Real Property"). The Defendant was the title-holder and mortgagor of said Real Property. (See Copy of Complaint attached hereto as Exhibit 1, ¶¶ 8-9; see also Plaintiff's Request for Admissions, which Defendant failed to answer, attached hereto as Exhibit 2).

2.      The foreclosure auction sale was for breach of condition pursuant to a Power of Sale contained in a certain first mortgage on the premises dated June 5, 2000 and recorded at the Suffolk County Registry of Deeds in Book 25020, Page 314. The foreclosure auction sale realized monies in the sum of $310,000.00. Plaintiff retained the sum of $249,777.96 from the sale proceeds representing the following:

| | | |
|---|---|---|
| a. | $  90,068.08 | in outstanding principal due on the Note; |
| b. | $  27,115.00 | in interest, late charges and insufficient funds fees; |
| c. | $102,932.41 | in Boston City taxes; |
| d. | $    4,500.00 | in legal fees to Hogan, Roach & Malone; |
| e. | $  10,794.00 | in auctioneer fees and costs to Paul Saperstein; |
| f. | $    7,641.10 | in foreclosure fees; |
| g. | $    2,957.87 | in foreclosure costs; |
| h. | $    2,113.00 | in bankruptcy fees; |
| i. | $        12.75 | in bankruptcy costs; and |
| j. | $    2,904.67 | in interest on tax lien payoff. |

3.      The remaining proceeds from the foreclosure auction, in the amount of

$58,961.12, was being held by the Plaintiff in an non-interest bearing account ("Surplus").

4.      On or about October 5, 2004, the Plaintiff filed an action in interpleader to determine the rights to the Surplus. The case was originally filed in Suffolk Superior Court, C.A. No.: 04-4389.

2

5.      On or about December 20, 2004, the case was removed to the United States District Court for the District of Massachusetts and was assigned C.A. No.: 04-12654

6.      On or about February 9, 2005, the Plaintiff filed an Amended Complaint to properly name the Plaintiff.

7.      On or about February 24, 2005, the Defendant filed his Answer and Counterclaim alleging: Count I (Breach of Contract); Count II (Violation of G.L. c. 244, §§20 & 36); Count III (Usury); Count IV (Violation of Implied Covenant of Good Faith and Fair Dealing); and Count V (Violation of G.L. c. 93A).  No other defendants filed claims against the Plaintiff.

8.      On or about February 24, 2005, the Plaintiff filed a Motion for Leave to Make Deposit in Court and for Award of Attorneys' Fees and Costs.  On  or about March 8, 2005, the Defendant filed his Opposition to Plaintiff's Motion for Leave to Make Deposit in Court and Award for Attorneys' Fees and Costs.

9.      On or about March 10, 2005, the Plaintiff filed his Answer to the Counterclaim.

10.     On or about March 15, 2005, this Court entered an Order allowing Plaintiff's Motion to Deposit stating:

> "The deposit does not prejudice the right of defendant to contest the amount of surplus.  The court on the other hand finds the attorneys' fees and costs to be well-documented and reasonable."

11.     On May 17, 2005, a Scheduling Conference was held and this Court instructed only the Plaintiff and Defendant to conduct the necessary discovery because no other defendants had filed counterclaims against the Plaintiff.

12.     On or about May 19, 2005, the Defendant served his First Request for Production of Documents to the Plaintiff.

13.     On June 17, 2005, Defendant's attorney filed his Motion for Withdraw as Counsel for Defendant. On that same date, Plaintiff's counsel propounded his First Set of Interrogatories and First Set of Requests for Production of Documents to the Defendant. Per an agreement between the Plaintiff and Defendant, no action was to be taken on discovery until a decision was made on Defendant's counsel's Motion for Withdraw. (A copy of the Plaintiff's June 17, 2005, letter is attached hereto as Exhibit 3).

14.     On June 27, 2005, this Court entered an Order granting Defendant's Counsel's Motion for Withdraw.

15.     On July 5, 2005, Plaintiff's counsel contacted prior Defendant's counsel to inquire whether successor counsel had been retained. Defendant's counsel informed Plaintiff's counsel that the Defendant had not retained successor counsel and was representing himself. Plaintiff's counsel requested the proper address of the Defendant from Defendant's counsel and was given the Real Property's address.

16.     On July 5, 2005, the Plaintiff served upon the Defendant,

●     Plaintiff's Request for Admissions Propounded Upon the Defendant.

(See Exhibit 2)

17.     Defendant failed to serve a response to Plaintiffs Request for Admissions within thirty days after service of the Request.¹

18.     Pursuant to Fed.R.Civ.P. 36(a), "[e]ach matter of which an admission is requested … is admitted unless, within 30 days after service of the request, … the party to whom the

---

¹ The Defendant has also failed to serve his Automatic Disclosures in violation of the Court's Order. In addition, the Defendant has failed to respond to any of the Plaintiff's discovery, including Requests for Production of Documents and Interrogatories.

4

request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or the party's attorney."

19.    Pursuant to Fed.R.Civ.P. 36(b), "[a]ny matter admitted under this rule is conclusively established ...."

20.    Summary judgment is appropriate where there are no genuine issues as to any material fact and where the moving party is entitled to judgment as a matter of law. Commonwealth v. One 1987 Mercury Cougar Automobile, 413 Mass. 534, 600 (1992); Community National Bank v. Dawes, 369 Mass. 550, 553 (1976); Fed.R.Civ.P. 56(c).

21.    As admitted in the Request for Admissions [See Exhibit 2],

"1.    On or about June 1, 2000, Defendant executed a Note as a Borrower for a loan in the amount of $125,000.00 from Plaintiff, with a yearly interest rate of 10.0%."

2.    The Note required Defendant to make monthly payments in the amount of $1,652.00, on the 1st day of each consecutive month beginning on July 1, 2000 for ten (10) years,

3.    The Note allows a late charge, equal to 1% of the overdue payment of principal and interest, in the event any monthly payment is late by fifteen (15) days or more.

4.    On or about June 5, 2000, Defendant executed a First Mortgage on 105 Homes Avenue, Dorchester, Suffolk County, Massachusetts, containing a Power of Sale provision.

5.    The Mortgage was recorded on or about June 6, 2005, with the Suffolk Registry of Deeds in Book 25020, Page 314.

6.    The Mortgagor was the Defendant, and the mortgagee was the Plaintiff.

7.    The Defendant failed to make his monthly payments in compliance with the Note.

8.    On or about April 24, 2004, the Plaintiff, as first mortgagee, properly sold by foreclosure auction sale a certain parcel of real property located and known as 105 Homes Avenue, Dorchester, Massachusetts.

\*\*\*

11.    Plaintiff properly retained the sum of $251,038.88 from the sale
       proceeds…

12.    The Plaintiff provided the Defendant with a timely and proper accounting
       relating to the application of monies received from the foreclosure auction
       sale.

13.    The Plaintiff calculated and charged interest and penalties in compliance
       with the Note.

14.    The Plaintiff's actions and/or conduct complied with the covenant of good
       faith and fair dealing.

15.    The Plaintiff's actions and/or conduct was not in violation of the consumer
       protection statute, and was not fraudulent and/or deceptive.

\*\*\*

18.    The Defendant cannot establish the elements necessary to prove his
       Counterclaims alleging Breach of Contract (Count I); Violation of G.L. c.
       244, §§ 20 and 36 (Count II); Usury (Count III); Violation of Implied
       Covenant of Good Faith and Fair Dealing (Count IV); and Violation of
       93A (Count V).

19.    Pursuant to the terms of the Mortgage, the Plaintiff's reasonable attorneys'
       fees and costs in defense of this action are recoverable from the surplus
       proceeds."

22.    Since the Defendant has admitted that he breached the terms and conditions of the

Note and that the Surplus proceeds were properly applied, no triable issue exists. In addition,

since there are no other claims against the Plaintiff from any of the remaining defendants,

summary judgment in this case would essentially end this litigation.[2]

23.    The Note also allows Plaintiff to recover his reasonable attorneys' fees and costs

in defense of Defendant's Counterclaims, which the Defendant has admitted.

6

24.     As of the date of the filing of this Motion for Summary Judgment, Plaintiff's

counsel fees and disbursements are $15,043.42 Plaintiff would request that this amount be

released from the funds currently held by the Court. In support of Plaintiff's attorneys' fees and

costs, the affidavit of Randy J. Spencer is attached hereto as Exhibit 4.

WHEREFORE, the Plaintiff, Fred T. Vandam, requests that summary judgment enter in

his favor on all Counts of the Counterclaim and that Plaintiff recover, pursuant to the Note, his

reasonable attorneys' fees and costs in defense of this action, in the total amount of $15,043.42

from the funds currently held by this Court.

> Respectfully submitted,
> FRED T. VANDAM.
>
> By his attorneys,
>
> BARRON & STADFELD, P.C.
>
> Kevin P. Scanlon, BBO: 564978
> Randy J. Spencer, BBO: 653879
> 100 Cambridge St.
> Boston, MA 02114
> (617)723-9800

Dated: August 16, 2005

[330792]

---

[2] The remaining defendants would still need to determine how much each is owed but it is the Plaintiff's
understanding that defendant, Rockland Lease Funding Corp. would be entitled to the remaining proceeds as it
appears that are owed in excess of the Surplus and are ahead of the United States in order of priority.

7

## CERTIFICATE OF SERVICE

I, Randy J. Spencer, hereby certify that on August 16, 2005 I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to:

David M. McSweeney
105 Homes Avenue
Dorchester, MA 02010

Eric A. Howard, Esq.
Domestico, Lane & McNamara, LLP
The Meadows
161 Worcester Road
Framingham, MA 01701

Philip S. Levoff, Esq.
Law Offices of Philip S. Levoff
1172 Beacon Street, Suite 202
Newton, MA 02461-1150

Stephen J. Turanchik, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Barbara Healy Smith, Esq.
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Randy J. Spencer

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

(SEAL)

To:                                              Case No. _293459_

                                                 SUFFOLK REGISTRY
                                                 OF DEEDS

David M. McSweeney, Sr., Trustee of Mc Realty Trust;

                                                 NOV 12 2003

                                                 11/12 10:17 M 291 M
                                                 RECEIVED FOR RECORD

and to all persons entitled to the benefit of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended:

Fred T. Van Dam

claiming to be the holder of            mortgage
covering real                           property in Boston (Dorchester District), numbered  105
Homes Avenue

given by David M. McSweeney, Sr., Trustee of Mc Realty Trust to Fred T. Van Dam, dated June 5, 2000,
Recorded with the Suffolk County Registry of Deeds at Book 25020, on Page 314.

has filed with said court a complaint for authority to foreclose said mortgage

in the manner following: by entry and possession and exercise of power of sale.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended and you
object to such foreclosure you or your attorney should file a written appearance and answer in said court at
Boston on or before the _____8th_____ day of _December_ 2003, or you may be forever barred
from claiming that such foreclosure is invalid under said act.

Witness, Karyn F. Scheier, Chief Justice of said Court this
_24th_ day of _October_                          2003

        Attest:

                                                 Ann-Marie J. Breuer
                                                 Deputy *Recorder*

# BOSTON HERALD ADVERTISING

| | |
|---|---|
| Date/Time: | 11/11/03  2:23 PM |
| Order#: | 648407 |
| Classification: | 470 - LAND COURT NOTICE |
| Price: | $ 272.22  (Rate: ) |
| Customer: | BARRON & STADFELD (Acct#: 6177239800L0) |
| | 50 STANIFORD ST, |
| | BOSTON, MA 02114 |
| Phone: | 6177239800 |
| Start Date: | 11/14/03 |
| End Date: | 11/14/03 |
| Insertions/Lines: | 1  (37 Lines) |
| Sales Rep: | R218 |
| Printed For: | JUDY |



COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE TRIAL COURT

Case No. 293450

(SEAL) To David M. McSweeney, Sr. Trustee of Mc
Realty Trust and to all persons entitled to the bene-
fit of the Soldiers' and Sailors' Civil Relief Act of
1940 as amended: Fred I. Van Dam claiming to be
the holder of a mortgage covering real property in
Boston (Dorchester District) numbered 103 Holmes
Avenue, given by David M. McSweeney, Sr., Trustee
of Mc Realty Trust to Fred I. Van Dam, dated June
5, 2000, Recorded with the Suffolk County Registry
of Deeds at Book 25020, on Page 314, has filed
with said court a complaint for authority to fore-
close said mortgage in the manner following: by
entry and possession and exercise of power of sale.

If you are entitled to the benefits of the Sol-
diers' and Sailors' Civil Relief Act of 1940 as
amended and you object to such foreclosure you
or your attorney should file a written appear-
ance and answer in said court at Boston on or
before the 8th day of December 2003, or you
may be forever barred from claiming that such
foreclosure is invalid under said act.

Witness, KARYN F. SCHEIER, Chief Justice of said
Court this 24th day of October 2003.

ANN-MARIE J. BREUER, Deputy Recorder.

Nov 14

```
*************************************************************************
*                                                              P. 01   *
*                      TRANSACTION REPORT                              *
*                      _____        NOV-11-2003 TUE 09:44 AM *
*                                                                      *
*   r    '  FOR:                                                       *
*                                                                      *
*-----------------------------------------------------------------------
*     SEND                                                             *
*   DATE  START    RECEIVER        TX TIME  PAGES TYPE      NOTE    M#  DP *
*-----------------------------------------------------------------------
*  NOV-11 09:43 AM 4064#20973#10#617426  1'04"   3  FAX TX    OK      496 *
*                  0901                                                *
*-----------------------------------------------------------------------
*                                       TOTAL :   1M  4S  PAGES:   3   *
*                                                                      *
*************************************************************************
```

/

50 STANIFORD STREET
BOSTON, MA 02114
Phone: 617-723-9800
Fax: 617-523-8359

**BARRON &
STADFELD, P.C.**

# Fax

| **To:** | LEGAL ADVERTISING | **From:** | MICHELLE L. GREENOUGH, |
| | | | FORECLOSURE ADMINISTRATOR |
| **Fax:** | 617-426-0901 | **Date:** | 11/11/03 |
| **Phone:** | | **Pages:** | 2 PLUS COVER |
| **Re:** | MCSWEENEY/105 HOMES AVE., | **CC:** | 20973-1 |
| | DORCHESTER | | |

•**Comments:**

50 STANIFORD STREET
BOSTON, MA 02114
Phone: 617-723-9800
Fax: 617-523-8359

## BARRON & STADFELD, P.C.

# Fax

| **To:** | LEGAL ADVERTISING | **From:** | MICHELLE L. GREENOUGH, FORECLOSURE ADMINISTRATOR |
|---|---|---|---|
| **Fax:** | 617-426-0901 | **Date:** | 11/11/03 |
| **Phone:** | | **Pages:** | 2 PLUS COVER |
| **Re:** | MCSWEENEY/105 HOMES AVE., DORCHESTER | **CC:** |  |

•**Comments:**

**BARRON & STADFELD, P.C.**
ATTORNEYS AT LAW
50 STANIFORD STREET, SUITE 200
BOSTON, MA 02114

PHONE: 617-723-9800
FAX: 617-523-8359

November 11, 2003

VIA FAX

Boston Herald
One Herald Square
Boston, MA 02106

   Re: Fred T. Van Dam v. David M. McSweeney, Sr., Trustee of Mc Realty Trust 'et
     al'
     Case No. 293459

Dear Madam/Sir:

  Enclosed please find an Order of Notice with respect to the above-referenced foreclosure
proceeding. Kindly publish same AS SOON AS POSSIBLE in the Boston Herald. PLEASE
FAX A PROOF PRIOR TO PUBLICATION AND INCLUDE THE COST OF THE AD WITH
THE PROOF.

  Immediately upon publication of the Order of Notice, please return a copy of the tear
sheet to the undersigned's attention along with a statement for your services rendered. To
ensure expeditious processing of your statements, please include the following reference on
your invoices: 20973-1.

  Thank you for your assistance in this matter. Should you have any questions, please do
not hesitate to call.

     Very truly yours,

     Michelle Greenough

Enclosure

**COMMONWEALTH OF MASSACHUSETTS**
**LAND COURT**
**DEPARTMENT OF THE TRIAL COURT**

(SEAL)

To:                                        Case No.  *293459*

David M. McSweeney, Sr., Trustee of Mc Realty Trust;


and to all persons entitled to the benefit of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended:

Fred T. Van Dam


claiming to be the holder of          mortgage
covering real                         property in Boston (Dorchester District), numbered  105
Homes Avenue


given by David M. McSweeney, Sr., Trustee of Mc Realty Trust to Fred T. Van Dam, dated June 5, 2000, Recorded with the Suffolk County Registry of Deeds at Book 25020, on Page 314.

has filed with said court a complaint for authority to foreclose said mortgage

in the manner following: by entry and possession and exercise of power of sale.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 as amended and you object to such foreclosure you or your attorney should file a written appearance and answer in said court at Boston on or before the _____ *8th* _____ day of *December* 2003, or you may be forever barred from claiming that such foreclosure is invalid under said act.


Witness, Karyn F. Scheier, Chief Justice of said Court this
           *24th* day of      *October*                2003

        Attest:



                                        Ann-Marie J. Breuer
                                        Deputy *Recorder*

PUBLISH THE ABOVE COPY
RECORD THE ATTESTED COPY

**BARRON & STADFELD, P.C.**
ATTORNEYS AT LAW
50 STANIFORD STREET, SUITE 200
BOSTON, MA 02114

PHONE: 617-723-9800
FAX: 617-523-8359

November 11, 2003

Norfolk County Deputy Sheriffs Office
2015 Washington Street P.O. Box 859215
Braintree, MA 02185-9215

      Re:    Fred T. Van Dam v. David M. McSweeney, Sr., Trustee of Mc Realty Trust 'et al'
            Case No. 293459

Dear Madam/Sir:

Enclosed herewith please find two copies of the Order of Notice in the above-referenced case. Kindly serve one copy of the Order of Notice as soon as possible and in any event no later than NOVEMBER 17, 2003 on the following party:

David M. McSweeney, Sr., Trustee of Mc Realty Trust
26 Pleasant Street, Milton, Massachusetts 02186

Please return your Proof of Service on the Order of Notice, along with a statement for services rendered to the undersigned's attention. To ensure expeditious processing of your statement, please include the following reference on your invoices: 20973-1. If you have any questions, please do not hesitate to contact us. Thank you for your assistance in this matter.

Very truly yours,

*Michelle Greenough*

Michelle Greenough

TVB/MG
Enclosures

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654 RGS

|  |  |
|---|---|
| FRED T. VANDAM, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID M. MCSWEENEY, | ) |
| TRUSTEE OF MCREALTY TRUST, | ) |
| ROCKLAND LEASE FUNDING CORP., | ) |
| UNITED STATES OF AMERICA, AND | ) |
| GENERAL ELECTRIC COMMERCIAL | ) |
| EQUIPMENT FINANCING, a division of | ) |
| GENERAL ELECTRIC CAPITAL CORP. | ) |
| | ) |
|      Defendants. | ) |

**PLAINTIFF'S REQUEST FOR ADMISSIONS
PROPOUNDED UPON THE DEFENDANT,
DAVID M. MCSWEENEY, TRUSTEE OF MCREALTY TRUST**

NOW COMES the Plaintiff, Fred T. Vandam. ("Plaintiff"), pursuant to the Federal Rules

of Civil Procedure 36(a), and requests that the Defendant, David M. McSweeney, Trustee of

McRealty Trust ("Defendant"), admit to the truth of the matter set out below for the purposes of

this action.  Defendants are required to comply with the applicable time period, pursuant to

Fed.R.Civ.P. 36(a).

The facts that you are requested to admit for the purpose of this action only are:

1.      On or about June 1, 2000, Defendant executed a Note as a Borrower for a loan in the
amount of $125,000.00 from Plaintiff, with a yearly interest rate of 10.0%.

2.      The Note required Defendant to make monthly payments in the amount of $1,652.00, on
the 1st day of each consecutive month beginning on July 1, 2000 for ten (10) years,

1

3.    The Note allows a late charge, equal to 1% of the overdue payment of principal and interest, in the event any monthly payment is late by fifteen (15) days or more.

4.    On or about June 5, 2000, Defendant executed a First Mortgage on 105 Homes Avenue, Dorchester, Suffolk County, Massachusetts, containing a Power of Sale provision.

5.    The Mortgage was recorded on or about June 6, 2005, with the Suffolk Registry of Deeds in Book 25020, Page 314.

6.    The Mortgagor was the Defendant, and the mortgagee was the Plaintiff.

7.    The Defendant failed to make his monthly payments in compliance with the Note.

8.    On or about April 24, 2004, the Plaintiff, as first mortgagee, properly sold by foreclosure auction sale a certain parcel of real property located and known as 105 Homes Avenue, Dorchester, Massachusetts.

9.    The foreclosure auction sale was for breach of condition pursuant to a Power of Sale contained in the Mortgage.

10.    The property was sold to a third party bidder, Michael Sylvester, for the sum of $310,000.00.

11.    Plaintiff properly retained the sum of $251,038.88 from the sale proceeds representing the following:
    a.    $90,068.08 in outstanding principal due on the note;
    b.    $27,115.00 in interest, late charges and insufficient funds fees;
    c.    $102,932.41 in taxes;
    d.    $4,500.00 in legal fees to Hogan, Roach & Malone;
    e.    $10,794.00 in auctioneer fees and costs to Paul Saperstein;
    f.    $7,641.10 in foreclosure fees;
    g.    $2,957.87 in foreclosure costs;
    h.    $2,113.00 in bankruptcy fees;
    i.    $12.75 in bankruptcy costs; and
    j.    $2,904.67 in interest on tax lien payoff.

12.    The Plaintiff provided the Defendant with a timely and proper accounting relating to the application of monies received from the foreclosure auction sale.

13.    The Plaintiff calculated and charged interest and penalties in compliance with the Note.

14.    The Plaintiff's actions and/or conduct complied with the covenant of good faith and fair dealing.

15.    The Plaintiff's actions and/or conduct was not in violation of the consumer protection statute, and was not fraudulent and/or deceptive.

2

16.    The Defendant's Counterclaim are invalid.

17.    The Defendant's Affirmative Defenses, as asserted in his Answer, are invalid.

18.    The Defendant cannot establish the elements necessary to prove his Counterclaims alleging Breach of Contract (Count I); Violation of G.L. c. 244, §§ 20 and 36 (Count II); Usury (Count III); Violation of Implied Covenant of Good Faith and Fair Dealing (Count IV); and Violation of 93A (Count V).

19.    Pursuant to the terms of the Mortgage, the Plaintiff's reasonable attorneys' fees and costs in defense of this action are recoverable from the surplus proceeds.


                                    Respectfully submitted,
                                    FRED T. VANDAM
                                    By its attorneys,

                                    BARRON & STADFELD, P.C.


                                    Kevin P. Scanlon, BBO No.: 564978
                                    Randy J. Spencer, BBO No.:653879
                                    100 Cambridge Street
                                    Boston, Massachusetts 02114
                                    (617) 723-9800

Dated: July 5, 2005

[327535]


## CERTIFICATE OF SERVICE

       I, Randy J. Spencer, hereby certify that on July 5, 2005  I served a copy of the foregoing by mailing a copy first class mail, postage prepaid to David M. McSweeney, 105 Homes Avenue, Dorchester, MA 02010.


                                    Randy J. Spencer


                                    3



BARRON & STADFELD P.C.
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL

(617) 531-6590

E-MAIL

rjs@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

June 17, 2005

David J. Paliotti, Esq
Greenbaum, Nagel, Fisher & Hamelburg
200 High Street
Boston, MA 02110

      Re:    <u>Fred T. VanDam v. David M. McSweeney, Trustee of McRealty Trust, et al.</u>
            Docket No.: 04-12654 RGS

Dear Attorney Paliotti:

      Enclosed, please find:

1.    Plaintiff, Fred T. VanDam's First Set of Interrogatories to be Answered by the Defendant, David M. McSweeney, Trustee of McRealty Trust; and

2.    Plaintiff, Fred T. VanDam's First Request for Production of Documents to the Defendant, David M. McSweeney, Trustee of McRealty Trust.

      Per our agreement, we do not expect you to take action on same until a decision has been made on your Motion to Withdraw.

      If you have any questions or concerns, please contact me.

                Sincerely yours,

                BARRON & STADFELD, P.C.

                Randy J. Spencer

RJS/
Enclosures
[326250]

cc:    Kevin P. Scanlon, Esq.
       Eric A. Howard, Esq.
       Philip S. Levoff, Esq.
       Stephen J. Turanchik, Esq.
       Barbara Healy Smith, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654 RGS

|  |  |
|---|---|
| FRED T. VANDAM, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| DAVID M. MCSWEENEY, | ) |
| TRUSTEE OF MCREALTY TRUST, | ) |
| ROCKLAND LEASE FUNDING CORP., | ) |
| UNITED STATES OF AMERICA, AND | ) |
| GENERAL ELECTRIC COMMERCIAL | ) |
| EQUIPMENT FINANCING, a division of | ) |
| GENERAL ELECTRIC CAPITAL CORP. | ) |
|  | ) |
| Defendants. | ) |

## AFFIDAVIT OF RANDY J. SPENCER

I, Randy J. Spencer, under oath duly depose and say the following:

1.    I am an associate with the law firm of Barron & Stadfeld, P.C., which represents the plaintiff, Fred T. Vandam, in the above-captioned interpleader action.

2.    A true and accurate copy of a billing memorandum has been annexed hereto, which was produced from Barron & Stadfeld, P.C.'s business records and which was created contemporaneously with the transactions in question and maintained in the regular course of business.

3.    The attorneys' fees for the services rendered by Barron & Stadfeld, P.C. in connection with the defense of defendant, David M. McSweeney's counterclaims are in the amount of $14,395.93, as shown in the attached billing memorandum.  In addition,

Barron & Stadfeld, P.C. has incurred costs, including the filing fee, costs of summons and constable's fees of $647.49.

4.    Barron & Stadfeld, P.C. has received no compensation or reimbursement for the above fees and expenses from any source.

Signed under the penalties of perjury this 16th day of August, 2005.

Randy J. Spencer

331298

| Date 08/16/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld | Page 1 |
| --- | --- | --- |

**Billing Memorandum**
**Thru 08/16/05**

| Client 020973 FRED T. VANDAM | Billing Attorney | 0183 KEVIN P. SCANLON |
| --- | --- | --- |
| Matter 000030   INTERPLEADER-105 HOLMES AVENUE, | Originating Attorney | 0008 THOMAS V. BENNETT |
|   DORCHESTER | Responsible Attorney | 0246 RANDY J. SPENCER |

C/O RANDY J. SPENCER
BARRON & STADFELD, P.C.
100 CAMBRIDGE STREET
SUITE 1310
BOSTON, MA 02114

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
| --- | --- | --- | --- | --- | --- |
| *03/17/05 | 0142 MICHELLE L. | 0.10 | 110 | 11.00 | DISCUSSION WITH RS RE: FIGURES |
| | Total For Month | 0.10 | | 11.00 | |
| 04/06/05 | 0183 KEVIN P. SCANLON | 0.30 | 240 | 72.00 | REVIEW SCHEDULING ORDER FROM COURT; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 04/06/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW NOTICE OF SCHEDULING CONFERENCE |
| 04/06/05 | 0246 RANDY J. SPENCER | 0.50 | 160 | 80.00 | REVIEW FILE IN PREPARATION FOR SCHEDULING CONFERENCE |
| 04/06/05 | 0246 RANDY J. SPENCER | 0.80 | 160 | 128.00 | REVIEW FILE IN PREPARATION FOR SCHEDULING CONFERENCE |
| 04/06/05 | 0254 ANDREW GILBERT | 0.20 | 75 | 15.00 | CONFERENCE WITH RANDY SPENCER REGARDING MATTER HISTORY, LEFT VOICEMAIL WITH CLIENT PROVIDING MY CONTACT INFORMATION AND A REQUEST FOR LOAN PAYMENT HISTORY |
| 04/08/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM ATTORNEY D. BOOK REGARDING SURPLUS (JUDGMENT CREDITOR) |
| 04/12/05 | 0254 ANDREW GILBERT | 0.20 | 75 | 15.00 | PHONE WITH CLIENT TO OBTAIN LOAN HISTORY |
| 04/20/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | CONFERENCE WITH  RANDY J. SPENCER RE SCHEDULING CONFERENCE; INITIAL DISCLOSURE; DEFENDANT'S COUNTERCLAIMS; PREPARING DISCOVERY SCHEDULE |
| 04/20/05 | 0246 RANDY J. SPENCER | 2.00 | 160 | 320.00 | REVIEW FILE IN PREPARATION FOR AUTOMATIC DISCLOSURE |
| 04/20/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | MEETING WITH  KEVIN P. SCANLON REGARDING STRATEGY |
| 04/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO PHIL LEVOFF (ROCKLAND) REGARDING STATUS |
| 04/21/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM/TO ATTORNEY PHIL LEVOFF REGARDING HEARING AND DISCOVERY DATES |
| 04/22/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL FROM PHIL LEVOFF REGARDING MEMO |

\* = Late

| Date 08/16/05 | | BARRON & STADFELD, P.C. - Barron & Stadfeld | | | Page 2 |
| | | Billing Memorandum | | | |
| | | Thru 08/16/05 | | | |

| Client  020973 FRED T. VANDAM | Billing Attorney | 0183 KEVIN P. SCANLON |
| Matter  000030   INTERPLEADER-105 HOLMES AVENUE, | Originating Attorney | 0008 THOMAS V. BENNETT |
| DORCHESTER | Responsible Attorney | 0246 RANDY J. SPENCER |

#### **** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|------|----------|------|------|-------|-------|
| 04/22/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO PHIL LEVOFF REGARDING JOINT STATEMENT |
| 04/22/05 | 0246 RANDY J. SPENCER | 2.00 | 160 | 320.00 | DRAFT JOINT STATEMENT |
| 04/22/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | DRAFT 16.1 (D)(3) CERTIFICATION |
| 04/23/05 | 0183 KEVIN P. SCANLON | 0.30 | 240 | 72.00 | REVIEW AND EDIT JOINT DISCOVERY SCHEDULE |
| 04/24/05 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | REVISE JOINT MEMO AND 16.1 CERTIFICATION |
| 04/25/05 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | CONFERENCE WITH  RANDY J. SPENCER RE REVIEW SCHEDULING ORDER; BRIEFLY REVIEW SAME |
| 04/25/05 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | TELEPHONE CALL TO/FROM STEVEN TURNACHIK REGARDING CONFERENCE MEMO |
| 04/26/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | REVIEW AND EDIT SCHEDULING ORDER; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 04/27/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | REVISE JOINT MEMO |
| 04/27/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | E-MAIL TO ALL PARTIES DRAFT MEMO |
| | Total For Month | 9.50 | | 1,590.00 | |
| 05/05/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM FRED VANDAM REGARDING BILL AND MORTGAGE HISTORY |
| 05/05/05 | 0254 ANDREW GILBERT | 0.10 | 75 | 7.50 | FOLLOW WITH CLIENT MULTIPLE TIMES FOR COPY OF LOAN HISTORY |
| 05/06/05 | 0183 KEVIN P. SCANLON | 0.50 | 240 | 120.00 | CONFERENCE WITH  RANDY J. SPENCER RE SETTLEMENT PROPOSAL PER LOCAL RULE 16.1(C); REVIEW AND EDIT SAME; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 05/06/05 | 0246 RANDY J. SPENCER | 1.80 | 160 | 288.00 | DRAFT SETTLEMENT PROPOSAL TO DEFENDANT, MCSWEENEY |
| 05/09/05 | 0246 RANDY J. SPENCER | 1.10 | 160 | 176.00 | DRAFT AUTOMATIC DISCLOSURES |
| 05/10/05 | 0113 JOSEPH G. BUTLER | 0.20 | 290 | 58.00 | .CONFERENCE W/ RANDY SPENCER RE CLIENT'S ACCOUNTING, AMORTIZING DEBT AND WHETHER CALCULATIONS WERE DONE CORRECTLY |
| 05/10/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | CONFERENCE WITH  RANDY J. SPENCER RE AUTOMATIC DISCLOSURE AND SCHEDULING CONFERENCE |
| 05/10/05 | 0246 RANDY J. SPENCER | 2.70 | 160 | 432.00 | PREPARE/REVIEW DOCS IN PREPARATION FOR HEARING |
| 05/10/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW 16.1(D)(3) CERT OF ROCKLAND |
| 05/10/05 | 0254 ANDREW GILBERT | 0.15 | 75 | 11.25 | MESSAGE TO CLIENT FOR LOAN HISTORY |
| 05/11/05 | 0246 RANDY J. SPENCER | 2.30 | 160 | 368.00 | REVIEW PAYMENT HISTORY FOR ACCOUNTING PURPOSES |

| Date 08/16/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld | Page 3 |
|---|---|---|

Billing Memorandum
Thru 08/16/05

| Client  020973 FRED T. VANDAM | Billing Attorney | 0183 KEVIN P. SCANLON |
|---|---|---|
| Matter 000030  INTERPLEADER-105 HOLMES AVENUE, | Originating Attorney | 0008 THOMAS V. BENNETT |
| DORCHESTER | Responsible Attorney | 0246 RANDY J. SPENCER |

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 05/12/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | CONFERENCE WITH  RANDY J. SPENCER RE MEETING WITH CLIENT AND CALCULATIONS OF INTEREST AND PRINCIPAL |
| 05/13/05 | 0183 KEVIN P. SCANLON | 0.50 | 240 | 120.00 | PREPARE FOR MEETING WITH CLIENT; METING WITH SAME |
| 05/16/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | CONFERENCE WITH  RANDY J. SPENCER RE MEETING WITH CLIENT; STATUS AND SCHEDULING CONFERENCE |
| 05/17/05 | 0142 MICHELLE L. | 0.15 | 110 | 16.50 | DISCUSSION WITH KEVIN SCANLON RE: BANKRUPTCY AND LITIGATION WITH INTERPLEADER ACTION |
| 05/17/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | LETTER TO CLIENT; MEMO TO FILE |
| 05/17/05 | 0183 KEVIN P. SCANLON | 1.30 | 240 | 312.00 | PREPARE FOR SCHEDULING CONFERENCE; CONFERENCE WITH  RANDY J. SPENCER RE FACTS, BACKGROUND; REVIEW FILES RE SAME; CONFERENCE WITH  MICHELLE L. GREENOUGH RE BANKRUPTCY ACTION |
| 05/17/05 | 0183 KEVIN P. SCANLON | 1.00 | 240 | 240.00 | ATTEND SCHEDULING CONFERENCE AT FEDERAL COURT; CONFERENCE WITH COUNSEL; TRAVEL BACK TO BOSTON |
| 05/17/05 | 0246 RANDY J. SPENCER | 1.30 | 160 | 208.00 | PREPARE FOR CONFERENCE |
| 05/19/05 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | LETTER TO CLIENT RE STATUS |
| 05/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW DAVID MCSWEENEY'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO VAN DAM |
| 05/24/05 | 0183 KEVIN P. SCANLON | 2.50 | 240 | 600.00 | REVIEW FILE AND DOCUMENTS TO BE PRODUCED TO DEFENDANT MCSWEENEY; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 05/25/05 | 0183 KEVIN P. SCANLON | 0.60 | 240 | 144.00 | REVIEW DOCUMENTS TO BE PRODUCED; CONFERENCE WITH  KERRY PAUL CHOI RE ATTORNEY/CLIENT PRIVILEGE OF BARRON & STADFELD LEGAL BILLS |
| 05/25/05 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | CONFERENCE WITH  RANDY J. SPENCER RE DEFENDANT MCSWEENEY'S MOTION TO WITHDRAW |
| 05/25/05 | 0246 RANDY J. SPENCER | 1.00 | 160 | 160.00 | PREPARE DOCUMENTS FOR AUTOMATIC DISCLOSURE |
| 05/25/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW ATTORNEY PALLIOTTI'S E-MAIL REGARDING MOTION TO WITHDRAW |
| 05/25/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | E-MAIL ATTORNEY PALLIOTTI RESPONDING TO HIS E-MAIL |
| 05/25/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | TELEPHONE CALL TO PHIL LEVOFF REGARDING ATTORNEY PALLIOTTI'S MOTION TO WITHDRAW |

**BARRON & STADFELD, P.C. - Barron & Stadfeld**
**Billing Memorandum**
**Thru 08/16/05**

**Client  020973 FRED T. VANDAM**
**Matter 000030  INTERPLEADER-105 HOLMES AVENUE,**
**DORCHESTER**

| | |
|---|---|
| **Billing Attorney** | **0183 KEVIN P. SCANLON** |
| **Originating Attorney** | **0008 THOMAS V. BENNETT** |
| **Responsible Attorney** | **0246 RANDY J. SPENCER** |

**\*\*\*\* Unbilled Time \*\*\*\***

| Date | Attorney | Time | Rate | Value | Diary |
|---|---|---|---|---|---|
| 05/26/05 | 0246 RANDY J. SPENCER | 1.30 | 160 | 208.00 | DRAFT PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS |
| 05/27/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | REVIEW E-MAILS FROM MCSWEENEY'S COUNSEL RE MOTION TO IMPOUND; OBJECT TO SAME; CONFERENCE WITH  RANDY J. SPENCER RE SAME; REVIEW E-MAILS FROM ATTORNEY LEVOFF RE SAME; FILE DOCUMENTS |
| 05/27/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVED AND REVIEWED D. PALIOTTI'S E-MAIL RE: MOTION TO IMPOUND |
| 05/27/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVED AND REVIEWED P. LEVOFF'S E-MAIL RE: OBJECTION TO MOTION TO IMPOUND |
| 05/27/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | DRAFT RESPONSE TO PALIOTTI'S E-MAIL RE: OBJECTION TO IMPOUND |
| | Total For Month | 21.40 | | 4,077.25 | |
| 06/01/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | REVIEW DEFENDANT MCSWEENEY'S MOTION TO IMPOUND; CONFERENCE WITH  RANDY J. SPENCER RE OPPOSITION TO SAME |
| 06/01/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | REVIEW AND EDIT OPPOSITION TO MOTION TO IMPOUND; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 06/01/05 | 0246 RANDY J. SPENCER | 1.00 | 160 | 160.00 | DRAFT OPPOSITION TO MOTION TO IMPOUND |
| 06/01/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | CONVERSATION WITH  KEVIN P. SCANLON REGARDING OPPOSITION |
| 06/02/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVISE OPPOSITION TO MOTION TO IMPOUND AFFIDAVIT |
| 06/02/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | LETTER TO COURT REGARDING OPPOSITION |
| 06/03/05 | 0183 KEVIN P. SCANLON | 0.10 | 240 | 24.00 | REVIEW ORDERS FROM COURT |
| 06/03/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | TELEPHONE CALL FROM PHIL LEVOFF REGARDING OPPOSITION TO MOTION TO IMPOUND |
| 06/09/05 | 0246 RANDY J. SPENCER | 0.20 | 160 | 32.00 | RECEIVE AND REVIEW OBJECTION OF P. LEVOFF TO MOTION TO IMPOUND |
| 06/15/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | CONFERENCE WITH  RANDY J. SPENCER RE STATUS AND STRATEGY; LETTER TO CLIENT; CALENDAR DISCOVERY DEADLINE |
| 06/15/05 | 0246 RANDY J. SPENCER | 1.50 | 160 | 240.00 | DRAFT  INTERROGATORIES TO DEFENDANT MCSWEENEY |
| 06/15/05 | 0246 RANDY J. SPENCER | 1.50 | 160 | 240.00 | DRAFT  REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MCSWEENEY |

| Date 08/16/05 | BARRON & STADFELD, P.C. - Barron & Stadfeld | Page 5 |
| --- | --- | --- |

**Billing Memorandum**
**Thru 08/16/05**

| Client  020973 FRED T. VANDAM | **Billing Attorney** | **0183 KEVIN P. SCANLON** |
| --- | --- | --- |
| Matter 000030  INTERPLEADER-105 HOLMES AVENUE, | **Originating Attorney** | **0008 THOMAS V. BENNETT** |
| DORCHESTER | **Responsible Attorney** | **0246 RANDY J. SPENCER** |

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
| --- | --- | --- | --- | --- | --- |
| 06/16/05 | 0183 KEVIN P. SCANLON | 2.20 | 240 | 528.00 | REVIEW AND EDIT DISCOVERY; REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES TO DEFENDANT |
| 06/16/05 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | REVISE INTERROGATORIES TO DEFENDANT MCSWEENEY |
| 06/16/05 | 0246 RANDY J. SPENCER | 0.60 | 160 | 96.00 | REVISE REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MCSWEENEY |
| 06/16/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | LETTER TO ATTORNEY PALIOTTI REGARDING INTERROGATORIES AND  REQUEST FOR PRODUCTION OF DOCUMENTS |
| 06/20/05 | 0246 RANDY J. SPENCER | 0.10 | 160 | 16.00 | RECEIVE AND REVIEW DEFENDANT MCSWEENEY'S MOTION TO WITHDRAW FILED WITH COURT |
| 06/28/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | REVIEW ORDER FROM COURT RE DEFENDANT'S ATTORNEY'S WITHDRAWAL; CONFERENCE WITH  RANDY J. SPENCER RE STRATEGY AND DISCOVERY |
| 06/29/05 | 0246 RANDY J. SPENCER | 0.30 | 160 | 48.00 | REVIEW DOCUMENTS IN PREPARATION FOR REQUEST FOR ADMISSIONS |
| 06/30/05 | 0183 KEVIN P. SCANLON | 0.40 | 240 | 96.00 | REVIEW AND EDIT REQUEST FOR ADMISSIONS TO DEFENDANT; CONFERENCE WITH  RANDY J. SPENCER RE SAME |
| 06/30/05 | 0246 RANDY J. SPENCER | 1.30 | 160 | 208.00 | DRAFT REQUEST FOR ADMISSIONS TO DEFENDANT MCSWEENEY |
| | Total For Month | 11.70 | | 2,184.00 | |
| 07/21/05 | 0183 KEVIN P. SCANLON | 0.20 | 240 | 48.00 | CONFERENCE WITH  RANDY J. SPENCER RE STATUS OF DISCOVERY; REVIEW FILE RE SAME |
| | Total For Month | 0.20 | | 48.00 | |

**Date 08/16/05**                        **BARRON & STADFELD, P.C. - Barron & Stadfeld**                        **Page 6**
**Billing Memorandum**
**Thru 08/16/05**

Client  020973 FRED T. VANDAM                        **Billing Attorney**        **0183 KEVIN P. SCANLON**
Matter 000030  INTERPLEADER-105 HOLMES AVENUE,        **Originating Attorney**    **0008 THOMAS V. BENNETT**
              **DORCHESTER**                          **Responsible Attorney**    **0246 RANDY J. SPENCER**

**** Unbilled Time ****

| Date | Attorney | Time | Rate | Value | Diary |
|------|----------|------|------|-------|-------|
| 08/09/05 | 0246 RANDY J. SPENCER | 2.00 | 160 | 320.00 | DRAFT MOTION FOR SUMMARY JUDGMENT |
| 08/11/05 | 0183 KEVIN P. SCANLON | 0.60 | 240 | 144.00 | REVIEW AND EDIT SUMMARY JUDGMENT MOTIONS |
| 08/15/05 | 0246 RANDY J. SPENCER | 0.40 | 160 | 64.00 | DRAFT MOTION FOR SUMMARY JUDGMENT |
| 08/15/05 | 0246 RANDY J. SPENCER | 1.20 | 160 | 192.00 | REVISE MEMO IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| | Total For Month | 4.20 | | 720.00 | |
| | Total Unbilled Time | 47.10 | | 8,630.25 | |

**** Attorney Summary ****

| Attorney | Last Diary | Last Entry | Prior Time | Prior Value | Current Time | Current Value | Total Time | Total Value |
|----------|------------|------------|------------|-------------|--------------|---------------|------------|-------------|
| 0183 KEVIN P. SCANLON | 08/12/05 | 08/11/05 | 13.60 | 3,264.00 | 0.60 | 144.00 | 14.20 | 3,408.00 |
| 0113 JOSEPH G. BUTLER | 07/29/05 | 05/10/05 | 0.20 | 58.00 | | | 0.20 | 58.00 |
| 001 Partner Totals | | | 13.80 | 3,322.00 | 0.60 | 144.00 | 14.40 | 3,466.00 |
| 0246 RANDY J. SPENCER | 08/15/05 | 08/15/05 | 28.20 | 4,512.00 | 3.60 | 576.00 | 31.80 | 5,088.00 |
| 002 Associate Totals | | | 28.20 | 4,512.00 | 3.60 | 576.00 | 31.80 | 5,088.00 |
| 0142 MICHELLE L. GREENOUGH | 08/11/05 | 05/17/05 | 0.25 | 27.50 | | | 0.25 | 27.50 |
| 0254 ANDREW GILBERT | 08/11/05 | 05/10/05 | 0.65 | 48.75 | | | 0.65 | 48.75 |
| 003 Paralegal Totals | | | 0.90 | 76.25 | | | 0.90 | 76.25 |
| Totals | | | 42.90 | 7,910.25 | 4.20 | 720.00 | 47.10 | 8,630.25 |

**** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|-------|------|----------|-------------|--------|

**BARRON & STADFELD, P.C. - Barron & Stadfeld**
**Billing Memorandum**
**Thru 08/16/05**

**Client  020973 FRED T. VANDAM**
**Matter 000030  INTERPLEADER-105 HOLMES AVENUE,**
**DORCHESTER**

| | |
|---|---|
| **Billing Attorney** | **0183 KEVIN P. SCANLON** |
| **Originating Attorney** | **0008 THOMAS V. BENNETT** |
| **Responsible Attorney** | **0246 RANDY J. SPENCER** |

#### **** Unbilled Disbursements ****

| Class | Date | Attorney | Description | Amount |
|---|---|---|---|---|
| 001 TRAVEL - MILEAGE,PARKING,TOLLS | 05/27/05 | 0183 KPS | Vendor 10065: CASH, Voucher 77277 TAXI TO/FROM OFFICE TO FED. CT | 10.00 |
| | | | 001 TRAVEL - MILEAGE,PARKING,TOLLS | 10.00 |
| 007 PHOTOSTATS | 05/06/05 | | 2926 - 8Copies | 1.20 |
| | 05/09/05 | | 4064 - 85Copies | 12.75 |
| | 05/10/05 | | 2926 - 23Copies | 3.45 |
| | 05/11/05 | | 2926 - 23Copies | 3.45 |
| | 05/17/05 | | 9850 - 3Copies | 0.45 |
| | 05/20/05 | | 9850 - 2Copies | 0.30 |
| | 05/25/05 | | 7994 - 86Copies | 12.90 |
| | 06/08/05 | | 2926 - 33Copies | 4.95 |
| | 06/15/05 | | 9850 - 3Copies | 0.45 |
| | 06/17/05 | | 2926 - 96Copies | 14.40 |
| | 07/05/05 | | 2926 - 13Copies | 1.95 |
| | 07/05/05 | | 2926 - 7Copies | 1.05 |
| | 08/11/05 | | 2926 - 4Copies | 0.60 |
| | | | 007 PHOTOSTATS Total | 57.90 |
| 010 POSTAGE | 07/05/05 | 0246 RJS | DAVID MCSWEENEY | 3.95 |
| | | | 010 POSTAGE Total | 3.95 |
| Total Unbilled Disbursement | | | | 71.85 |

#### **** Disbursement Summary ****

| Class | Prior | Current | Total |
|---|---|---|---|

Date 08/16/05

**BARRON & STADFELD, P.C. - Barron & Stadfeld**
Billing Memorandum
Thru 08/16/05

Page 8

Client  020973 FRED T. VANDAM
Matter 000030  INTERPLEADER-105 HOLMES AVENUE,
DORCHESTER

Billing Attorney        0183 KEVIN P. SCANLON
Originating Attorney    0008 THOMAS V. BENNETT
Responsible Attorney    0246 RANDY J. SPENCER

**** Disbursement Summary ****

| Class | Prior | Current | Total |
|---|---|---|---|
| 001 TRAVEL - MILEAGE,PARKING,TOLLS | 10.00 | | 10.00 |
| 007 PHOTOSTATS | 57.30 | 0.60 | 57.90 |
| 010 POSTAGE | 3.95 | | 3.95 |
| Totals | 71.25 | 0.60 | 71.85 |

| | |
|---|---|
| Total Time | 8,630.25 |
| Matter Total | 8,702.10 |
| Net Matter Total | 8,702.10 |

*** Matter Billing History ***

| Bill Number | Bill Date | Type | Thru Date | Relieved Amount | Billed Amount | Retainer Applied | Realization | Paid Amount | Last Payment | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 35553 | 03/17/05 | Fee Bill | 03/17/05 | 5,722.20 | 4,504.76 | | -1,217.44 | | | |
| 35553 | 03/17/05 | Fee CR | 03/17/05 | -5,722.20 | -4,504.76 | | 1,217.44 | | | |
| 35553 | 03/17/05 | Disb Bill | 03/17/05 | 575.64 | 575.64 | | | | | |
| 35553 | 03/17/05 | Disb CR | 03/17/05 | -575.64 | -575.64 | | | | | |
| 35554 | 03/17/05 | Fee Bill | 03/17/05 | 5,722.20 | 5,765.68 | | 43.48 | 5,765.68 | 03/17/05 | |
| 35554 | 03/17/05 | Disb Bill | 03/17/05 | 575.64 | 575.64 | | | 575.64 | 03/17/05 | |
| | | Totals | | 6,297.84 | 6,341.32 | | 43.48 | 6,341.32 | | |

Date 08/16/05

**BARRON & STADFELD, P.C. - Barron & Stadfeld**
**Billing Memorandum Summary**
**Thru 08/16/05**

Page 9

Client  020973  FRED T. VANDAM
Matter  000030  INTERPLEADER-105 HOLMES AVENUE,
                 DORCHESTER

| | |
|---|---|
| Billing Attorney | 0183 KEVIN P. SCANLON |
| Originating Attorney | 0008 THOMAS V. BENNETT |
| Responsible Attorney | 0246 RANDY J. SPENCER |

C/O RANDY J. SPENCER
BARRON & STADFELD, P.C.
100 CAMBRIDGE STREET
SUITE 1310
BOSTON, MA 02114

Date Opened:  10/04/04
Type of Law:   070  - LITIGATION-HOURLY

Contact:      (617) 327-0435
Comment:

| Unbilled | | | | Fees | Disb |
|---|---|---|---|---|---|
| Fees | 8,630.25 | | Last entry | 08/15/05 | 08/11/05 |
| Disb | 71.85 | | Billed Thru | 03/17/05 | 03/17/05 |
| | | | Last Bill Date | 03/17/05 | 03/17/05 |
| Total | 8,702.10 | | Bill Amount | 5,765.68 | 575.64 |
| Retainer | 0.00 | | Last Payment | 03/17/05 | 6,341.32 |
| Net Unbilled | 8,702.10 | | YTD Billed | 5,765.68 | 575.64 |
| | | | YTD Paid | 5,765.68 | 575.64 |
| Open A/R | 0.00 | | Total Billed | 5,765.68 | 575.64 |
| Total Investment | 8,702.10 | | Total Paid | 5,765.68 | 575.64 |

| Attorney | Time | Value | Disbursement Class | Amount |
|---|---|---|---|---|
| 0113 JOSEPH G. BUTLER | 0.20 | 58.00 | 001  TRAVEL - | 10.00 |
| 0142 MICHELLE L. GREENOUGH | 0.25 | 27.50 | 007  PHOTOSTATS | 57.90 |
| 0183 KEVIN P. SCANLON | 14.20 | 3,408.00 | 010  POSTAGE | 3.95 |
| 0246 RANDY J. SPENCER | 31.80 | 5,088.00 | | |
| 0254 ANDREW GILBERT | 0.65 | 48.75 | | |
| Totals | 47.10 | 8,630.25 | Total | 71.85 |

| | Fees | Disbursements |
|---|---|---|
| Amount to be Billed | _____ | _____ |
| Amount to be Relieved | _____ | _____ |
| Amount to be Anticipated | _____ | _____ |
| Amount to be Applied from Retainer | _____ | _____ |