UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-12654 RGS

```
——————————————————   )
                           )
FRED T. VANDAM,            )
                           )
        Plaintiff,         )
                           )
vs.                        )
                           )
DAVID M. MCSWEENEY,        )
TRUSTEE OF MCREALTY TRUST, )
ROCKLAND LEASE FUNDING CORP., )
UNITED STATES OF AMERICA, AND )
GENERAL ELECTRIC COMMERCIAL )
EQUIPMENT FINANCING, a division of )
GENERAL ELECTRIC CAPITAL CORP. )
                           )
        Defendants.        )
——————————————————   )
```

## ORDER

This matter, having come before the Court on the Plaintiff/Defendant-In-Counterclaim,

Fred T. VanDam's Motion for Entry of Separate and Final Judgment, and after review of the

relevant pleadings, the motion is granted and it is hereby ORDERED that judgment shall enter in

favor of VanDam on all of the Counterclaims (I through V) filed with the Defendant/Plaintiff-In-

Counterclaim, David M. McSweeney, Trustee of McRealty Trust.

It is further ORDERED that the Clerk for the United States District Court for the District

of Massachusetts release $8,319.39 from funds it currently holds in this matter and issue a check

made payable to Barron & Stadfeld, P.C.

Richard G. Stearns
United States District Court Judge

[334621]

*10-28-05.*

**BARRON** & **STADFELD** PC
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL

(617) 531-6585

E-MAIL

dlw@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

October 25, 2005

Attn: Mary H. Johnson, Clerk
District Judge Richard G. Stearns
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re:    **Fred T. Van Dam vs. David M. McSweeney, Trustee of McRealty Trust, et al.**
        **United States District Court C.A. No. 04-12654 RGS**

Dear Ms. Johnson:

        Pursuant to our telephone conversation today, enclosed you will find "Exhibit B", the Order, to the Allowed Motion for Entry of Separate and Final Judgment. Please bring this Order to the attention of the Honorable Richard G. Stearns for his signature. Please enter the Order and forward to accounting for release of $8,319.39 from funds held by the court. The check should be issued to Barron & Stadfeld, P.C.

        Thank you for your cooperation and assistance in this matter. If you have any questions, please do not hesitate to call me.

                                        Sincerely,

                                        BARRON & STADFELD, P.C.

                                        Denise Whitlock
                                        Paralegal to Kevin P. Scanlon

KPS/dlw
File No. 20973-3
Enclosure
[334653v2]