UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSDETTS

FRED T. VAN DAM,
    Plaintiff

vs.

DAVID M. McSWEENEY,
Trustee of MC Realty Trust,
ROCKLAND LEASE FUNDING CORP.,
UNITED STATES OF AMERICA, and
GENERAL ELECTRIC COMMERCIAL
EQUIPMENT FINANCING,
    Defendants

Case No. 04-12654-RGS

## ORDER

Pursuant to the Joint Stipulation Regarding Release of Portion of Escrowed Funds and Reopening of Case, this case is hereby reopened for the limited purpose of issuing this Order regarding the partial disbursement of funds deposited with the Court, and it is hereby

ADJUDGED AND ORDERED

That the Clerk of Court disburse the sum of $30,000.00 from the funds on deposit with the Court in this matter to Rockland Lease Funding Corp. ("Rockland"), and to forward a check in that amount made payable to Rockland to Rockland's attorney of record, Philip S. Levoff, Esquire.

All remaining funds shall be held until further Order of this Court.

By the Court:

Dated: August 25, 2006

Richard G. Stearns, District Judge