UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRED T. VAN DAM )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DAVID M. MCSWEENEY, )<br>Trustee of MC Realty Trust; )<br>ROCKLAND LEASE FUNDING CORP.; )<br>UNITED STATES OF AMERICA; and )<br>GENERAL ELECTRIC COMMERCIAL )<br>EQUIPMENT FINANCING, )<br>)<br>    Defendants. ) | Case No. 04-12654-RGS |

UNITED STATES' NOTICE OF SUBSTITUTION OF APPEARANCE

Please substitute the appearance of Barry E. Reiferson, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, DC 20044, for that of Stephen J. Turanchik as the attorney for the United States of America in the above-captioned proceeding.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                                        /s/ Barry E. Reiferson
                                        BARRY E. REIFERSON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 55
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 514-6058


Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on September 27, 2006.

/s/ Barry E. Reiferson

1940979.11