UNITED STATES OF DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRED T. VAN DAM                              )
                                            )
          Plaintiff,                         )
                                            )
     v.                                      )       Case No. 04-12654-RGS
                                            )
DAVID M. MCSWEENEY, Trustee of MC            )
REALTY TRUST; ROCKLAND LEASE FUNDING        )
CORP.; UNITED STATES OF AMERICA; and         )
GENERAL ELECTRIC COMMERCIAL                  )
EQUIPMENT FINANCING,                         )
                                            )
          Defendants.                        )

### UNITED STATES OF AMERICA'S DISCLAIMER OF INTEREST

The United States of America disclaims any interest in the proceeds at issue in this

interpleader action.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Barry E. Reiferson
Barry E. Reiferson
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202)514-6058

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants identified on the Notice of Electronic Filing and paper copies will be sent
to those indicated as non registered participants on October 10, 2006.

/s/ Barry E. Reiferson

1959016.1