UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 OCT 21  A 2: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FRED T. VAN DAM,<br>  Plaintiff<br><br>vs.<br><br>DAVID M. McSWEENEY, TRUSTEE<br>of MC REALTY TRUST,<br>ROCKLAND LEASE FUNDING CORP.,<br>UNITED STATES OF AMERICA, and<br>GENERAL ELECTRIC COMMERCIAL<br>EQUIPMENT FINANCING,<br>  Defendants | Docket No. 04-12654-RGS |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Kindly enter my appearance as Attorney for the Defendant David M. McSweeney, Trustee of MC Realty Trust.

_____
John J. Russell, Esquire
BBO # 434380
15 Court Square
Suite 1150
Boston, MA          02108
(617) 720-1640
Fax: (617) 742-8636
Email: jrussellaw@aol.com

Dated: October 19, 2006