UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRED T. VAN DAM,<br>                    Plaintiff<br><br>vs.<br><br>DAVID M. McSWEENEY, TRUSTEE<br>of MC REALTY TRUST,<br>ROCKLAND LEASE FUNDING CORP.,<br>UNITED STATES OF AMERICA, and<br>GENERAL ELECTRIC COMMERCIAL<br>EQUIPMENT FINANCING,<br>                    Defendants | Docket No. 04-12654-RGS |

**ORDER**

Pursuant to the motion of the defendant David M. McSweeney to reopen this case and to release escrowed funds, with notice to all parties, and in consideration of the Stipulation Regarding Release of Escrowed Funds and the Disclaimers of Interest in the escrowed funds on file in this matter, this case is hereby reopened for the limited purpose of disbursement of the remaining funds on deposit with the Court, and it is hereby

ADJUDGED AND ORDERED

That the Clerk of Court disburse the sum of $20,641.73, or such other amount as represents the balance of funds on deposit with the Court with respect to this case to David M. McSweeney, Trustee of MC Realty Trust ("McSweeney"), and to forward a

check in said amount payable to McSweeney, to McSweeney's attorney, John J. Russell, Esquire, 15 Court Square, Suite 1150, Boston, MA 02108.

_____
Richard G. Stearns, District Judge

Dated: __11-16-06.__